# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of January, two thousand and seventeen.

_____

In the Matter of: Thomas R. Heavey,

    Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

John S. Pereira, as chapter 7 trustee for the Estate of Thomas R. Heavey,

    Trustee - Appellant, Cross-Appellee,

v.

397 Realty LLC,

    Creditor - Appellee, Cross-Appellant.

_____

**ORDER**

Docket Nos. 16-3227; 16-3326

    On December 7, 2016, Appellant filed a motion to dismiss the cross-appeal, docket no. 16-3326, as untimely.

    IT IS HEREBY ORDERED that the motion to dismiss is DENIED as moot in light of the so-ordered FRAP 42 stipulation dismissing the cross-appeal with prejudice.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

